UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STANLEY COOK** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-15759** |
| **FLIGHT SERVICES AND SYSTEMS INC.** | **SECTION "H"** |

### ORDER

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim (Doc. 10) filed on December 5, 2016. On December 27, 2016, Plaintiffs amended their Complaint (Doc. 23). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1] Defendant has since filed a Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 25).

Accordingly;

**IT IS ORDERED** that Defendant's Motion to Dismiss the Complaint (Doc. 10) is **DENIED AS MOOT WITHOUT PREJUDICE**.

New Orleans, Louisiana this 15th day of February, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] *Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't*, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).